UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIE EASON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-104 |
| | § | |
| ELAINE KENNEDY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

Plaintiff's motion for an extension of time to file objections to the memorandum and recommendation entered May 15, 2008 (D.E. 28), is granted in part. Plaintiff has not demonstrated a need for a 30-day continuance. Plaintiff's objections shall be filed on or before June 10, 2008.

ORDERED this 27th day of May, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE